IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FATEH FREIGHTLINES, LLC,<br><br>　　　　Defendant. | Court No.:<br><br>Judge:<br><br>**Jury Trial Demanded** |

## COMPLAINT

NOW COMES the Plaintiff, COYOTE LOGISTICS, LLC ("Plaintiff") by and through its attorneys, CANTY NOVY BERTKAU GORDON, LLC, and as and for its Complaint against Defendant FATEH FREIGHTLINES, LLC, ("Fateh Freightlines") states as follows:

## THE PARTIES

1. At all times relevant, Plaintiff was a Limited Liability Company authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by motor carrier in interstate and foreign commerce with its principal place of business in Chicago, Illinois.

2. At all times relevant, Fateh Freightlines was a Washington corporation and federally authorized motor carrier providing transportation services in interstate commerce throughout the United States with its principal place of business in Kent, Washington.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, 49 U.S.C. § 14706 as the claim for relief is premised in the liability of a motor carrier transporting freight in interstate commerce and conducts business in this District.

4. Venue is also appropriate in this District because Plaintiff and Fateh Freightlines entered into a Broker-Carrier Agreement in effect at the time of the incident that requires all legal actions between Plaintiff and Fateh Freightlines to be brought and maintained in Cook County, Illinois. A true and correct copy of the Broker-Carrier Agreement is attached hereto as **Exhibit 1**.

## THE INCIDENT AND CARGO CLAIM

5. On or about March 6, 2024, Plaintiff, in its capacity as a freight broker and on behalf of its customer, Reynolds Consumer Products, LLC, tendered a load of an assortment of goods to Fateh Freightlines for transportation in interstate commerce from Perris, California to Canandaigua, New York, with Bill of Lading Number 500000400690.

6. At the time the cargo was tendered to, and received by, Fateh Freightlines, it was in good order and condition as acknowledged on the Bill of Lading issued for the shipment.

7. Upon information and belief, the cargo was stolen in transit.

8. The subject cargo was never delivered as required by the Bill of Lading. Therefore, Fateh Freightlines failed to deliver the cargo in good order and condition.

9. The value of the cargo, as shown on the damage claim issued by Reynolds Consumer Products, LLC, was $84,598.26.

10. Plaintiff paid $84,598.26 to Reynolds Consumer Products, LLC, in exchange for an assignment of rights to pursue this claim. A true and correct copy of the Assignment of Claim is attached hereto as **Exhibit 2**.

## COUNT I- CARMACK AMENDMENT LIABILITY

11. Plaintiff Restates and re-alleges Paragraphs 1-10 as Paragraph 11 as if fully set forth herein.

12. The shipment of the subject cargo involves the transportation of goods by motor carrier in interstate commerce.

13. On or about March 6, 2024, Fateh Freightlines received and accepted the subject cargo in good order and condition and suitable in every respect for the subject transportation.

14. Fateh Freightlines failed to deliver the cargo in good order and condition.

15. Pursuant to 49 U.S.C. § 14706 (the "Carmack Amendment"), Fateh Freightlines, the motor carrier, is liable for damages for the loss to the trailer and consequential damages.

16. Plaintiff demanded, and continues to demand, payment for the cargo loss and consequential damages from Fateh Freightlines.

17. To date, Fateh Freightlines has failed to remit payment to Plaintiff for $84,598.26.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $84,598.26 against Defendant, FATEH FREIGHTLINES, LLC, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

## COUNT II - BREACH OF INDEMNIFICATION AGREEMENT – IN THE ALTERNATIVE

18. Plaintiff restates and re-alleges Paragraphs 1-10 as Paragraph 18 as if fully set forth herein.

19. At all times relevant, there was a Broker-Carrier Agreement entered into between Plaintiff and Fateh Freightlines. *See* **Exhibit 1**.

20. At all times relevant, Plaintiff performed all conditions precedent to the Agreement.

21. The Broker-Carrier Agreement requires Fateh Freightlines to defend and indemnify Plaintiff against all claims, including losses or damages to cargo shipped under the Broker-Carrier Agreement. *See* **Exhibit 1** at ¶ 13.

22. Plaintiff demanded, and continues to demand, that Fateh Freightlines indemnify Plaintiff in the amount of $84,598.26.

23. Fateh Freightlines is in breach of its agreement with Plaintiff, by failing to indemnify Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $84,598.26 against Defendant, FATEH FREIGHTLINES, LLC, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

Dated this 29th day of August, 2024

Respectfully Submitted,

Plaintiff, COYOTE LOGISTICS, LLC

*/S/ Nicky M. Priovolos*
One Of Its Attorneys
CANTY NOVY BERTKAU GORDON, LLC

Nicky M. Priovolos (ARDC #6321326)
Bradley A. Bertkau (ARDC # 6295889)
Canty Novy Bertkau Gordon LLC
65 E. Wacker Place #1220
Chicago, IL 60601
P: (847) 625-8200
F: (847) 625-8262
Service@cnbglaw.com
npriovolos@cnbglaw.com